1  **LARRY A. WALRAVEN (S.B. #143327)**
   **EVA MARIE LEHMAN (S.B. # 201028)**
2  **O'MELVENY & MYERS LLP**
   610 Newport Center Drive, 17th Flr.
3  Newport Beach, CA  92660-6429
   Telephone:   (949) 760-9600
4  Facsimile:    (949) 823-6994
   E-mail        elehman@omm.com
5
   Attorneys for Defendants
6  United Healthcare Insurance Company and
   AT&T Wireless Services, Inc.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | CHERYL WINSOR,               | Case No.  C 04-2269 PJH
13 |         Plaintiff,           | **STIPULATION AND [PROPOSED]**
                                  | **ORDER RE MOTION FOR SUMMARY**
14 |    v.                        | **JUDGMENT HEARING DATE**
15 | UNITED HEALTHCARE; AT&T      | Current Hearing Date: September 21, 2005
   | WIRELESS SERVICES, INC.      | Time:             9:00 a.m.
16 |                              | Judge:            Hon. Phyllis J. Hamilton
   |         Defendants.          | Courtroom:        3
17

                                           STIPULATION AND [PROPOSED] ORDER
                                                   RE MSJ HEARING DATE
                                                          C 04-2269 PJH

The undersigned counsel for the Parties in this action hereby stipulate, subject to this Court's approval and Order, as follows:

WHEREAS, Defendants noticed the hearing for their Motion For Summary Judgment for September 21, 2005;

WHEREAS, the parties hereby agree, subject to the Court's approval and order, to the following:

1. The hearing date for Defendants' Motion For Summary Judgment should be continued from September 21, 2005 to October 19, 2005, at 9:00 a.m., before the Honorable Phyllis J. Hamilton, in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO STIPULATED.**

DATED: August 30, 2005         O'MELVENY & MYERS LLP
                               LARRY A. WALRAVEN
                               EVA MARIE LEHMAN


                               By: /s/ Eva Marie Lehman
                               Eva Marie Lehman
                               Attorneys for Defendants
                               United Healthcare Insurance Company and
                               AT&T Wireless Services, Inc.

DATED: August 30, 2005         LAW OFFICE OF ALBERT M. KUN

                               By: /s/ Albert M. Kun
                               Albert M. Kun
                               Attorney for Plaintiff Cheryl Winsor

**ORDER**

**IT IS SO ORDERED.**

Date: 8/31/05

                               Honorable Phyllis J. Hamilton

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28