1  LARRY A. WALRAVEN (S.B. #143327)
   EVA MARIE LEHMAN (S.B. # 201028)
2  O'MELVENY & MYERS LLP
   610 Newport Center Drive, 17th Flr.
3  Newport Beach, CA  92660-6429
   Telephone:   (949) 760-9600
4  Facsimile:   (949) 823-6994
   E-mail       elehman@omm.com
5
   Attorneys for Defendants
6  United Healthcare Insurance Company and
   AT&T Wireless Services, Inc.
7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | CHERYL WINSOR,                  | Case No.  C 04-2269 PJH
13 |                Plaintiff,       | **STIPULATION AND REQUEST FOR
                                       DISMISSAL WITH PREJUDICE;**
14 |        v.                       | **[~~PROPOS~~ED] ORDER**
15 | UNITED HEALTHCARE; AT&T
     WIRELESS SERVICES, INC.
16 |
                   Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

                                        STIPULATION AND REQUEST FOR
                                          DISMISSAL WITH PREJUDICE
                                                  C 04-2269 PJH

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between plaintiff Cheryl Winsor and |
| 2 | defendants United HealthCare Insurance Company and AT&T Wireless Services, Inc., |
| 3 | through their respective counsel of record, that, pursuant to Federal Rule of Civil |
| 4 | Procedure 41(a)(1), the above-captioned action be dismissed with prejudice. |

**IT IS SO STIPULATED.**

DATED: November 3, 2005

O'MELVENY & MYERS LLP
LARRY A. WALRAVEN
EVA MARIE LEHMAN

By: *Eva Marie Lehman by SND*
Eva Marie Lehman
Attorneys for Defendants
United Healthcare Insurance Company and
AT&T Wireless Services, Inc.

DATED: November 3, 2005

LAW OFFICE OF ALBERT M. KUN

By: *Albert M. Kun*
Albert M. Kun
Attorney for Plaintiff Cheryl Winsor

[PROPOSED] ORDER

Based on the Parties stipulation, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action be dismissed with prejudice.

**IT IS SO ORDERED.**

Date: 11/7/05

_____
Honorable Phyllis J. Hamilton